14-1858JMC 14-1859JMC



**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

Your affiant, Douglas Rechtin, being duly sworn, states as follow:

1. I am currently employed by the U. S. Department of Homeland Security, Homeland Security Investigations (HSI)[1], as a Special Agent and have been so since October 2008.

2. As part of my employment with HSI, I attended the Criminal Investigator Training Program, which is a twelve week basic program for all Federal criminal investigators held at the Federal Law Enforcement Training Center in Glynco, Georgia. Additionally, I attended Immigration & Customs Enforcement Special Agent Training, which is an additional eleven weeks of training. During both of these courses, instruction was given on basic investigative techniques; federal controlled substances laws; types of controlled substances; how controlled substances are manufactured, transported across international borders, distributed, and sold; money laundering techniques; and electronic and physical surveillance techniques.

3. Your affiant is currently assigned to the Baltimore Seaport and Airport – High Intensity Drug Trafficking Area (HIDTA) Group, investigating unlawful acts and violations of federal customs law. In the course of my current employment, I have participated in numerous federal and state narcotics investigations relating to drug trafficking, drug

[1] In 2010, Immigration & Customs Enforcement ("ICE") underwent a re-organization. Several investigative components of the Department of Homeland Security were merged into one investigative agency, called Homeland Security Investigations ("HSI").



smuggling, and money laundering violations. During the course of those investigations, I have been the affiant on numerous search warrants related to narcotics violations.

4. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

5. This affidavit is submitted in support of a criminal complaint charging Adedeji **AJALA** (date of birth: 12/21/1979, black male) and Bobbie **JOHNSON**, (DOB: 3/30/1967, black male), with Conspiracy to Possess with the Intent to Distribute a Controlled Substance, to wit: 100 grams or more of heroin, in violation of Title 21 U.S.C. Section 846; and **AJALA** with Assault on a Federal Officer, in violation of Title 18 U.S.C. Section 111.

6. Since this affidavit is being submitted for the purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that during an unknown period of time beginning prior to and leading up to and including August 15, 2014, Adedeji **AJALA** and Bobbie **JOHNSON** committed acts in violation of the aforementioned Sections of the Federal Criminal Code.

7. The information contained in this affidavit came from my own participation in the inquiry described herein, as well as from other law enforcement officers and other third parties – in each instance, I have identified the sources of information upon which I have relied.



## PROBABLE CAUSE

8. On August 11, 2014, your affiant was contacted by the United States Postal Inspection Service (USPIS), who advised that US Postal had received a parcel on August 8, 2014 that was deemed suspicious. The parcel was sent via international express mail from Malaysia, with tracking number CP135456898MY, with the following information:

From: Dia OURY
JLN 9-3 Taman, Kipark Bander
Bukit Puchong 2, Selan Gor

To: Bobby MILLS
3814 Old Frederick Rd.
Baltimore, MD 21229

9. A query of the tracking number showed the following information:

- July 31, 2014, 11:04 am – Processed through sort facility, Kuala Lumpur, Malaysia;
- July 31, 2014, 12:35 pm – Processed through sort facility, Kuala Lumpur, Malaysia; Origin Post is Preparing Shipment;
- August 3, 2014, 6:35 pm – Processed through sort facility, ISC New York (USPS); Inbound into Customs;
- August 6, 2014, 1:43 am – Inbound out of Customs;
- August 8, 2014, 8:06 am – Arrived at Unit, Baltimore, MD, 21229;
- August 8, 2014, 10:45 am – Notice left (No Authorized Recipient Available); Baltimore, MD, 21229.

10. On August 12, 2014, the USPIS obtained a search warrant for the box, signed by United States Magistate Judge Timothy J. Sullivan, District of Maryland. At approximately 2:02 pm this warrant was executed on the box. Inside the box was a children's stroller. A further inspection of the stroller by USPIS revealed that sewn inside the fabric of the stroller was compressed brown powder, suspected to be heroin. On August 12, 2014, a field test of the brown powdery substance provided a positive indicator to the presence of heroin.

8.20.14

11. On August 13, 2014, USPIS prepared the parcel for delivery by removing the 265 grams of heroin from the box and repackaging it with approximately 30 grams.

12. On August 14, 2014, USPIS, HSI, and DEA agents attempted a controlled delivery of the box. At approximately 11:25 am a call was placed by a postal inspector to the intended recipient of this parcel, known as Bobby MILLS, to advise him that his parcel was waiting for his pick up at the post office located at 340 South Loudon St., Baltimore, MD. At that time, the person on the other end of the line, speaking with an African accent and believed to be Bobby MILLS, stated that he was working and that he could not pick the package up until the following morning, August 15, 2014.

13. Based on a prior investigation of **AJALA,** investigators were aware of **AJALA's** residence. On August 15, 2014, at approximately 9:00 am, investigators established surveillance at 3701 Twin Lakes Ct., Windsor Mill, MD., in an attempt to identify Adedeji **AJALA** departing his residence. At approximately 10:30 am, **AJALA** was identified by investigators leaving the apartment building at 3701 Twin Lakes Ct., Windsor Mill and getting into a gray Volkswagen Passat bearing NC license plate number CFF-6673 and departing the area. Mobile surveillance was maintained until **AJALA** was observed arriving to the area of the post office at 340 South Loudon St., Baltimore, MD.

14. At approximately 10:55 am, investigators observed a grey Volkswagen Passat bearing North Carolina license plate number CFF-6673 on South Loudon St. with a black male driver, known to investigators through this investigation to be **AJALA**. **AJALA** slowly drove through the block, passed the post office, and appeared to be scanning parked vehicles looking for possible police presence. **AJALA** then left the area and was out of



sight. At approximately 11:35 am, investigators observed **AJALA** parked in the vicinity of 165 S. Culver St.

15. At approximately 11:45 am, investigators observed the same Volkswagen Passat, North Carolina license plate number CFF-6673, enter the block and park on the eastside of the street facing northbound. At this time, investigators observed an unknown black male in the vehicle with **AJALA**. The passenger, later identified as Bobbie **JOHNSON**, residing at 135 S. Culver St., got out of the vehicle and walked inside the post office. **AJALA** remained in the parked Volkswagen Passat. Upon entering the post office, investigators inside the post office observed **JOHNSON** walk to the front counter, where a US Postal Inspector was acting in an undercover capacity. At the counter, **JOHNSON** stated that he was there to pick up his package. The Postal Inspector retrieved the parcel, showed it to **JOHNSON** and asked if it was the package he was picking up. **JOHNSON** replied that it was and provided the Postal Inspector with a fake Maryland driver's license in the name of Bobby Mills, 3814 Old Frederick Rd., Baltimore, MD, and bearing **JOHNSON**'s photograph. The parcel was then turned over to **JOHNSON** and **JOHNSON** attempted to exit the post office. As **JOHNSON** attempted to exit the post office, he was stopped at the door by investigators and placed under arrest without incident.

16. Investigators confirmed that **JOHNSON** had been driven to the post office by an individual parked in a gray vehicle at the end of the street for the purpose of picking up the parcel. Your affiant and Federal Task Force Officer Baltimore City Det. Joe DiCandeloro approached **AJALA** in an unmarked Baltimore City Police departmental vehicle to identify and interview him. Your affiant, wearing his police badge around his neck, got out of the car, identified himself as "police", and instructed **AJALA** to show his hands. At this time,

Cfr 8-20-14

**AJALA** turned his car in the direction your affiant came from, and maneuvered the car out of the parking spot at a high rate of speed, striking the Baltimore City Police departmental vehicle, with Federal Task Force Officer DiCandeloro inside, on the passenger side door and rear bumper. **AJALA** sped northbound on Louden St. at a high rate of speed. Additional law enforcement officers were approaching from the opposite direction on Louden St. At that time, **AJALA** evaded the police vehicles by driving over the curb, into the post office parking lot, and down the sidewalk along Loudon St. During the pursuit, Federal Task Force Officer Baltimore County Det. Tim Bonsell positioned his unmarked departmental vehicle near the curb on Loudon St. As **AJALA** sped down the sidewalk he turned his vehicle in a way to cause a collision with the Baltimore County Police departmental vehicle, causing extensive damage to both vehicles. **AJALA** then bailed out of his disabled vehicle and fled westbound down a rear alley parallel to Frederick Avenue. Agents and detectives were unable to apprehend **AJALA**.

17. Prior to being removed from the scene and impounded by the Baltimore City Police Department, an inventory of **AJALA's** vehicle's contents was conducted. A wallet was found on the driver's side floor. Among various personal items inside the wallet were a MD driver's license in the name of Adedeji **AJALA** (DOB: 12/21/1979) and a small envelope with "DL MD" written on it. Your affiant found inside the envelope a folded piece of paper with a passport size photograph of **JOHNSON** inside of it. This photograph matched the photograph of **JOHNSON** on the aforementioned fake Maryland driver's license. Written on the piece of paper was the following handwritten information:

Name: Bobby Mills
Address: 3814 Old Frederick Rd., Baltimore, MD, 21229
DOB: 03-02-1967
HT= 6 ft 1 in

Cfn
8-20-14

WT= 210

18. Your affiant also found three telephones in the center console and one telephone one the driver's side floor. A forensic examination of the telephones is pending.

19. The collision with Federal Task Force Officer DiCandeloro resulted in vehicle damage. The collision with Federal Task Force Officer Baltimore County Det. Tim Bonsell resulted in Task Force Officer Bonsell receiving injuries to his back and neck. Federal Task Force Officer Bonsell was transported to St. Agnes Hospital where he received treatment and was released. The Baltimore County Police Department vehicle received significant damage and is inoperable.

20. On August 15, 2014, your affiant obtained a Maryland state search and seizure warrant for 3701 Twin Lakes Ct., Apt. 711, Windsor Mill, MD, 21244, based on the aforementioned facts. On August 15, 2014, at approximately 11:30 pm, HSI and the Baltimore County Police Department executed the warrant at said location. During the execution of the warrant, HSI seized seven telephones and a GPS unit. A forensic examination of the telephones and GPS is pending.

21. On August 16, 2014, a State of Maryland arrest warrant was issued for **AJALA** charging him with Conspiracy to Import CDS into the State; Conspiracy to Possess CDS in Large Amount; Conspiracy to Possess CDS with Intent to Distribute; Conspiracy to Possess CDS – Not Marijuana; and, Assault – Second Degree. As of the date of this affidavit, **AJALA** remains a fugitive from justice.

## CONCLUSION

22. Based upon the foregoing, I respectfully submit that this affidavit supports probable cause for the issuance of a complaint and an arrest warrant for Adedeji **AJALA** for

CJB
8.20.14

a violation of Title 21 U.S.C. Section 846 (Conspiracy to Possession with the Intent to Distribute a Controlled Substance, to wit: more than 100 grams of heroin); and Title 18 U.S.C. Section 111 (Assault on a Federal Officer), and there is probable cause for the issuance of a complaint and an arrest warrant for **JOHNSON** for a violation of Title 21 U.S.C. Section 846 (Conspiracy to Possession with the Intent to Distribute a Controlled Substance, to wit: more than 100 grams of heroin).

Special Agent Douglas Rechtin
Homeland Security Investigations

Sworn to before me this 20 day of August, 2014

J. Mark Coulson
United States Magistrate Judge